| Name of Defendant: Sergey Mikayelyan | Address: City, State and Zip Code): Shorewood, WI |
|---|---|
| Date of Birth: xx/xx/1960 | Occupation: Unknown |
| Name of Defendant's Attorney: Krista Halla-Valez (920) 430-9900 | Address of Defendant's Attorney: 801 East Walnut Street, 2nd Floor Green Bay, WI 54301 |

Name of U.S. Attorney:
Scott J. Campbell

| Has warrant been issued? | When? | By Whom? | When? |
|---|---|---|---|

Previously arrested on 8/14/09; however, action dismissed

| Has warrant been executed? | When? | Where? |
|---|---|---|

| Has defendant appeared before a Magistrate? | When? | Who? |
|---|---|---|

| Is the defendant in custody? | Where? |
|---|---|
| No | |

Pretrial Scheduling Conference Necessary?  ☐ YES  ☒ NO

| Issue: WARRANT | SUMMONS | NOTICE XX | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒     Green Bay Case ☐

Minor Offense

Petty Offense

| Arraignment & plea before: | Judge: | Magistrate: |
|---|---|---|

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 18 U.S.C. § 1349 (conspiracy to commit bank and wire fraud). Maximum penalties: 30 years imprisonment and a fine of up to $1 million, or both; 5 years Supervised Release; and $100 Special Assessment.
18 U.S.C. § 1344 (seven counts bank fraud). Maximum penalties for each count: 30 years imprisonment and a fine of up to $1 million, or both; 5 years Supervised Release; and $100 Special Assessment.

Agency/Agent: S/A Tom Doyle

OCDETF: No

| | |
|---|---|
| Name of Defendant:<br>Rita Grigoryan | Address: City, State and Zip Code):<br>Shorewood, WI |
| Date of Birth: xx/xx/1962 | Occupation: Unknown |
| Name of Defendant's Attorney:<br>Mark Richards (262) 632-2200 | Address of Defendant's Attorney:<br>209 Eighth Street<br>Racine, WI 53403 |
| Name of U.S. Attorney:<br>Scott J. Campbell | |

| Has warrant been issued? | When? | By Whom? | When? |
|---|---|---|---|
| No | | | |

| Has warrant been executed? | When? | Where? | |
|---|---|---|---|
| No | | | |

| Has defendant appeared before a Magistrate? | When? | Who? | |
|---|---|---|---|
| No | | | |

| Is the defendant in custody? | Where? | |
|---|---|---|
| No | | |

| Pretrial Scheduling Conference Necessary? | ☐ YES | ☒ NO |
|---|---|---|

| Issue:<br>WARRANT | SUMMONS | NOTICE<br>XX | MISDEMEANOR | FELONY<br>XX |
|---|---|---|---|---|

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|
| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before: | Judge:    Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:** 18 U.S.C. § 1349 (conspiracy to commit bank and wire fraud). Maximum penalties: 30 years imprisonment and a fine of up to $1 million, or both; 5 years Supervised Release; and $100 Special Assessment.
18 U.S.C. § 1344 (seven counts bank fraud). Maximum penalties for each count: 30 years imprisonment and a fine of up to $1 million, or both; 5 years Supervised Release; and $100 Special Assessment.

**Agency/Agent:** S/A Tom Doyle

**OCDETF:** No